# EXHIBIT 1

[Draft for Client Review]

Regular Mail, Certified Mail, E-Mail

March 25, 2013

Mr. Pat Ervin
Assistant Business Manager

    Re:    Contract Termination Notice
             (Safe, Inc.)

Dear _____:

A question has arisen in recent months as to whether Safe, Inc. is bound to the 2011-2013 State Asbestos Removal Agreement ("SARA"). We do not believe we are although the Union has indicated a contrary belief. Without in any way waiving or adversely affecting Safe's belief that it is not bound by the SARA, Safe hereby gives notice pursuant to Article I of SARA of its intent for the SARA to terminate upon its expiration date. This notice to terminate includes Addendum D (Mold, Lead Hazardous Material Remediation Letter of Assent).

Acting out of the same sense of caution and again with the same understanding that no rights are being waived or adversely affected, Safe hereby gives additional notice pursuant to Paragraphs 3 and 5 of the Asbestos Removal Agreement Letter of Assent (November 5, 2009). This additional notice is to the effect that the Letter of Assent as to the SARA would also be terminated as of the SARA expiration date.

Additionally, notice is hereby given by Safe that it would proceed independently if there were to be negotiations in 2013 for a successor labor contract to the SARA. The giving of this

notice is not a waiver or useable to adversely affect Safe's belief that it is not bound by the SARA.

Finally, Safe has been notified that the Union accepts that Safe timely and effectively terminated the 2011-2012 Statewide Residential Agreement as of its June, 2012 expiration. Safe's notice to terminate was given by facsimile on April 5, 2012, acknowledged several times verbally, and then confirmed in your email message to me dated January 11, 2013.

Very truly yours,

SAFE, INC.

Craig Murdock

cc: FMCS (including FMCS Form 7)
    WERC
bcc: Thomas Scrivner, Esq.